**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone: (510) 523-4702**
**Facsimile:  (510) 747-1640**

Attorney for the Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **C97-1150M** |
| Plaintiff, | **STIPULATION FOR ORDER VACATING JUDGMENT AND DISMISSING ACTION WITHOUT PREJUDICE, AND ORDER THEREON** |
| v. | |
| **DAVID R. OLICK**, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, United States of America (Plaintiff, hereafter), and Defendant, David R. Olick (Defendant, hereafter), that the default of defendant entered September 5, 1997, be set aside and the judgment on default entered against the defendant September 5, 1997, be vacated, and that the matter be dismissed without prejudice, on the ground that the complaint was filed and judgment entered during the period that the defendant was in a Chapter 13 bankruptcy.

Dated: December 11, 2013        /s/
                MICHAEL COSENTINO, Counsel for plaintiff

Dated: September 11, 2013        /s/
                David R. Olick, Defendant

Good cause appearing therefor, **IT IS SO ORDERED**.

DATED: 12/17/13        _Elizabeth D. Laporte_
                Elizabeth D. Laporte, Chief Magistrate Judge
                United States District Court